NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1232

### WWP, INC.,

Plaintiff-Appellee,

v.

### WOUNDED WARRIORS FAMILY SUPPORT, INC.,

Defendant-Appellant.

Appeal from the United States District Court for District of Nebraska in case no. 07-CV-0370, Senior Judge Lyle E. Strom.

## O R D E R

Wounded Warriors Family Support, Inc. responds to the court's order directing it to show cause why this appeal should not be transferred and moves without opposition to transfer this appeal to the United States Court of Appeals for the Eighth Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to transfer is granted. The appeal is transferred to the United States Court of Appeals for the Eighth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

APR 0 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Amber Allred, Esq.
Dana C. Bradford, III, Esq.
s20

ISSUED AS A MANDATE: APR 0 1 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2010

JAN HORBALY
CLERK